■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY KNIGHT, Appellant. [847 NYS2d 461]—Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered October 12, 2006, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony drug offender previously convicted of a violent felony, to a term of six years, unanimously affirmed.

The court properly denied defendant's request for a missing witness charge in connection with the People's failure to call three officers involved in a buy and bust operation. There was nothing in the evidence to suggest that any of these officers was in a position to see or hear anything relevant to defendant's agency defense (*see People v McBride*, 272 AD2d 200 [2000], *lv denied* 95 NY2d 868 [2000]; *People v Moultrie*, 267 AD2d 181 [1999], *lv denied* 94 NY2d 951 [2000]; *People v Shaw*, 214 AD2d 472 [1995], *lv denied* 86 NY2d 802 [1995]). Concur—Lippman, P.J., Mazzarelli, Saxe, Williams and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUNO LANDAETTA, Appellant. [847 NYS2d 893]—Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered on or about December 16, 2005, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Saxe, Williams and Buckley, JJ.